R. Brian Oxman
Maureen Jaroscak
14126 East Rosecrans Blvd.
Santa Fe Springs, CA 90670
(562) 921-5058 tel.
(562) 921-2298 fax.

Attorneys for plaitniff,
Mr. Steven Randall Jackson



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RANDY JACKSON | ) | Case No. 99 3943 DDP (AJWx) |
| Plaintiff, | ) | VOLUNTARY DISMISSAL AND |
| v. | ) | DISCONTINUANCE |
| KATHLEEN MARCH | ) | |
| Defendant. | ) | |



Plaintiff, Randy Jackson, hereby dismisses the entire action without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

DATED:  May 7, 1999                    RANDY JACKSON

By: _____
    Randy Jackson

Approved as to Form and Content
R. BRIAN OXMAN
MAUREEN JAROSCAK

By: _____
    R. Brian Oxman
    Attorneys for Randy Jackson

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD, IN THIS ACTION, ON THIS DATE.

DATED: 5-12-99

DEPUTY CLERK

MAY 12 1999

1.

## DECLARATION OF SERVICE BY MAIL

I, Maureen Jaroscak, am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) years and not a party to the within entitled action. My business address is 14126 East Rosecrans Boulevard, Santa Fe Springs, California, 90670. On May 7, 1999, I served the following:

VOLUNTARY DISMISSAL AND DISCONTINUANCE

on the interested parties in said action by placing a true copy thereof, enclosed in a sealed envelope with first class postage thereon prepaid, in the United States mail, at La Mirada, California addressed as follows:

    James Sullivan
    U.S. Attorneys Office
    300 N. Los Angeles Street
    Rm 7516
    Los Angeles, CA 90012

I declare under penalty of perjury under the laws of the State of California, the foregoing is true and correct.

Executed on May 7, 1999, at Santa Fe Springs, California.

_____
Maureen Jaroscak